JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, | CV 20-6217 PA (SKx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| AARON MINC, et al., | |
| Defendants. | |

Pursuant to the Court's December 18, 2020 Minute Order granting the Motions to Dismiss for Lack of Personal Jurisdiction filed by defendants Domingo Rivera ("Rivera"), Rivera Law Group PLC ("Rivera Law"), Internet Reputation Control ("IRC"), PRVT LLC ("PRVT"), Aaron Minc ("Minc"), Minc Law ("Minc Law"), Anthony Will ("Will"), and Digital Revolution LLC (also known as Reputation Resolutions) ("Digital Revolution"), the Court's December 28, 2020 Minute Order dismissing defendant Elizabeth Jordan without prejudice pursuant to Federal Rule of Civil Procedure 4(m), and the Court's January 13, 2021 Minute Order transferring the claims asserted against defendants Brandyourself.com, Inc., Tom Vitolo, and Christian Tryon,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Stewart Murrey's ("Plaintiff") claims against Rivera, Rivera Law, IRC, PRVT, Minc, Minc Law, Will, Digital Revolution, are dismissed without prejudice for lack of personal jurisdiction.

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Elizabeth Jordan are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). |

DATED: January 13, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE