```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STEWART LUCAS MURREY,

                Plaintiff,

    -against-

AARON MINC, et al.,

                Defendants.

21 Civ. 320 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

    On December 22, 2020, Defendants filed a motion to dismiss in the Central District of California (the "Motion"). ECF No. 63. The Motion was fully briefed in that district. ECF Nos. 68, 72. On January 13, 2021, the Honorable Percy Anderson ordered the case transferred to this District, and declined to rule on the Motion. ECF No. 75. The case was assigned to this Court. Accordingly,

1) In light of the transfer to this District, by **April 2, 2021**, Defendants shall file a supplemental brief, updating ECF No. 63 with caselaw from this circuit where possible;
2) By **April 16, 2021**, Plaintiff shall file his supplemental opposition papers; and
3) By **April 23, 2021**, Defendants shall file their supplemental reply, if any.

    SO ORDERED.

Dated: March 12, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge